**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Calvin BOYD, a.k.a. Mee Tee,**
**Defendant–Appellant.**

No. 08–11648
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 27, 2009.

Demetria Nicole Williams, Brian Jerrard, Federal Public Defender, Macon, GA, for Defendant–Appellant.

Michael Taylor Solis, USAO, MGA, Macon, GA, Dean S. Daskal, U.S. Attorney's

Office, Columbus, GA, for Plaintiff–Appellee.

Before TJOFLAT, DUBINA and BLACK, Circuit Judges.

PER CURIAM:

Demetria Nicole Williams, appointed counsel for Calvin Maurice Boyd, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and we **AFFIRM** the district court's partial denial of Boyd's 18 U.S.C. § 3582(c)(2) motion.